## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JESSIE RAY WILLIAMS                                                                                               PETITIONER

*Reg. #14738-035*

v.                                                 2:14CV00079-JM-JJV

USA                                                                                                                              RESPONDENT

### ORDER

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe recommending dismissal based on the Petitioner's failure to pay the filing fee.  Petitioner has now paid the $5 filing fee, accordingly, the Court declines to adopt the Proposed Findings and Recommended Disposition (Docket entry # 3).  The case remains referred to Judge Volpe.

      DATED this 1st day of October, 2014.

                                                        JAMES M. MOODY JR.
                                                       UNITED STATES DISTRICT JUDGE